UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
CLAY LEE JONES, *on behalf of himself and all others similarly situated*,

               Plaintiff,　　　　　　　24-CV-8338 (JAV)

   -v-　　　　　　　　　　　　　　　　　ORDER

THE SKI HUT, INC.,

               Defendant.
------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

    Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  By separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.  The previously scheduled initial pretrial conference scheduled for February 3, 2025, by Judge Subramanian is adjourned.**

    SO ORDERED.

Dated: December 27, 2024　　　　　　　　　　_____
       New York, New York　　　　　　　　　　　JEANNETTE A. VARGAS
                                                   United States District Judge