UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

CLAY LEE JONES, on behalf of himself and all  :     24 Civ. 8338 (JAV) (GS)
others similarly situated,                    :
                                              :
                          Plaintiff,          :          **ORDER**
                                              :
              - against -                     :
                                              :
THE SKI HUT, INC.,                            :
                                              :
                          Defendant.          :

---------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

On January 3, 2025, the parties moved for an extension of time for Defendant to answer or otherwise respond to Plaintiff's Complaint so that the parties could continue their settlement discussions. (Dkt. No. 11). The Court granted the extension and Defendant's time to respond was extended to February 3, 2025. (Dkt. No. 12). As of the day of this Order, as far as the docket reflects, Defendant has failed to meet this deadline, and the parties have not informed the Court that they have reached a settlement. Accordingly, the parties are hereby directed to provide a joint written status update to the Court by no later than **Wednesday, February 19, 2025.**

        **SO ORDERED.**

DATED:    New York, New York
          February 12, 2025

          _____
          The Honorable Gary Stein
          United States Magistrate Judge